IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 13-cr-00379-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ULISES ARGUETA-MEJIA,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

    IT IS STIPULATED AND ORDERED that counsel shall retain custody of their respective exhibits from the suppression hearing until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado this 18th day of April 2014.

BY THE COURT:

_____
William J. Martínez, Judge

_____       _____
Attorney for Government       Attorney for Defendant