IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00379-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  ULISES ARGUETA-MEJIA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the court will hold a Bond Release Hearing in this matter before Magistrate Judge Watanabe on July 9, 2014 at 2:00 p.m.

Date: July 8, 2014